## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHRISTOPHER BEVERAGE**                                                   **PETITIONER**

**V.**                          **CASE NO. 5:17-CV-323-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 14th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE